TRACEY WILKISON
Acting United States Attorney

READE E. WILSON (Maine Bar No. 4992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-0299
Facsimile: (202) 353-7763
reade.wilson@usdoj.gov

Attorneys for Plaintiff
United States of America

NO JS-6

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>5 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, CALIFORNIA, AND HENRY C. GARVIN, et al.,<br><br>Defendants. | Case No.: 5:19-CV-1076-MWF-SP<br><br>**FINAL JUDGMENT APPROVING STIPULATION OF JUST COMPENSATION**<br><br>40 U.S.C. § 3114 |

Upon consideration of the Stipulation of Just Compensation executed by the Plaintiff United States of America and Defendant Henry C. Garvin, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The United States filed its Complaint in Condemnation (ECF No. 1) and Declaration of Taking (ECF No. 3) in this eminent domain proceeding on June

FINAL JUDGMENT APPROVING STIPULATION OF JUST COMPENSATION - 1

12, 2019, and deposited $6,500.00 with the Court registry as estimated just compensation for the taking on June 18, 2019.  ECF No. 15.  At that time, title to the property, as set forth in the Declaration of Taking, vested in the United States.

2. The property consists of 5 acres of land in San Bernardino County, California, as described in the Declaration of Taking (hereinafter, the "Property").

3. Defendant Henry C. Garvin was the record owner of the Property immediately prior to the taking.

4. Defendant San Bernardino County disclaimed any interest in the Property and the proceeds of this case and is not entitled to any distribution of just compensation paid for the taking of the Property.  ECF No. 12.

5. In order to settle this action, the parties agree that the just compensation payable by the United States for the taking of the Property shall be the sum of $15,000.00, inclusive of interest, attorneys' fees, and costs.

6. As the United States has previously deposited $6,500.00 as estimated just compensation, the deficiency amount between this amount and the agreed settlement of $15,000.00 is $8,500.00.  The United States shall pay into the registry of the Court, and the Clerk is directed to accept, the deficiency amount of $8,500.00.

7. The said sum of $15,000.00 shall be full and just compensation and in full satisfaction of all claims of whatsoever nature against the United States by reason of the institution and prosecution of this action and taking of the Property.

8. The said sum of $15,000.00 shall be subject to all liens, encumbrances and charges of whatsoever nature existing against the Property at the time of vesting of title in the United States and all such taxes, assessments, liens and encumbrances shall be payable and deductible from said sum.

9. Defendant Henry C. Garvin warrants that he has the exclusive right to compensation and that no other person or entity is entitled to the same or any part thereof.  In the event that any other party is ultimately determined by a court of

competent jurisdiction to have any right to receive compensation for the Property taken in this case, Defendant shall refund into the registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon calculated in accordance with the provision of 40 U.S.C. § 3116, from the date of the receipt of the award by Defendant to the date of repayment into the Registry of the Court.

10. The parties shall be responsible for their own legal fees, costs, and expenses (including attorneys' fees, consultants' fees, experts' fees, transcript costs, and any other expenses relating to this litigation).

11. Upon the United States depositing the deficiency amount of $8,500.00 into the Court registry, the Clerk of the Court shall, without further order of this Court, disburse to Defendant Henry C. Garvin all sums on deposit in the registry of the Court, together with any interest earned thereon while on deposit, by mailing the check to:

> Diversified Heating and Cooling
> Attention: Hank Garvin
> 7352 Fox Trail
> Yucca Valley, California 92284

12. Following disbursement of the above sums to Defendant Henry C. Garvin, this case shall be CLOSED.

IT IS SO ORDERED.

Dated: February 11, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

cc: FISCAL DEPARTMENT

FINAL JUDGMENT APPROVING STIPULATION OF JUST COMPENSATION - 3